HECTOR RODRIGUEZ *v.* COMMISSIONER
OF CORRECTION
(AC 31406)

Lavine, Beach and Robinson, Js.

Submitted on briefs April 15—officially released May 10, 2011

Per Curiam. The appeal is dismissed.

AFSCME COUNCIL 4, LOCAL 1565, ET AL. *v.* STATE
OF CONNECTICUT
(AC 32174)

Lavine, Beach and Robinson, Js.

Submitted on briefs April 15—officially released May 10, 2011

Per Curiam. The judgment is affirmed.

MICHAEL HILTON *v.* COMMISSIONER
OF CORRECTION
(AC 31881)

Gruendel, Alvord and Bear, Js.

Submitted on briefs April 15—officially released May 10, 2011

Per Curiam. The appeal is dismissed.